IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

*In re: Rule 45 Subpoena to Tellabs, Inc.*      Case No. 10-6306

---

|  |  |
|---|---|
| **CHEETAH OMNI, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case. No. 6:09-cv-260-LED |
|  | ) UNITED STATES DISTRICT COURT |
| **VERIZON SERVICES CORP.,** *et al.*, | ) FOR THE EASTERN DISTRICT |
|  | ) OF TEXAS |
| **Defendants.** | ) |

**TELLABS, INC.'S AND CHEETAH OMNI, LLC'S JOINT MOTION FOR
<u>ENTRY OF A MODIFIED PROTECTIVE ORDER</u>**

Cheetah initiated litigation against Verizon Services Corp., et al., in the United States District Court for the Eastern District of Texas, Case No. 6:09-cv-260-LED. On July 16, 2010, Cheetah served a Subpoena *Duces Tecum* on Tellabs. On October 7, 2010, this Court entered a Protective Order to govern use of information obtained pursuant to the Subpoena. Cheetah subsequently appealed the Protective Order to the United States Court of Appeals of the Federal Circuit. The parties have agreed to the dismissal of that appeal and to the entry of a Modified Protective Order Governing Exchange Of Information Deemed Confidential.

Accordingly, the Parties respectfully request that the Court enter the contemporaneously filed Modified Protective Order Governing Exchange Of Information Deemed Confidential, attached as Exhibit 1.

Date:   March 22, 2011                                          Respectfully submitted,


/s/ Thomas A. Lewry                                              /s/ Robert D. Leighton

BROOKS KUSHMAN P.C.                              SIDLEY AUSTIN LLP
Thomas A. Lewry (MI Bar No. P36399)              Richard F. O'Malley
1000 Town Center, 22nd Floor                     Robert D. Leighton
Southfield, Michigan 48075-1238                  One South Dearborn Street
Tel: (248) 358-4400                              Chicago, IL 60603
Fax: (248) 358-3351                              Telephone:   (312) 853-7000
                                                 Facsimile:   (312) 853-7036

*Attorney for Plaintiff*
                                                 *Attorneys for Tellabs, Inc.*